# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMIEN CHANCE WHITE

NO. 2025 KW 1250

**JUNE 8, 2026**

---

In Re:     Damien Chance White, applying for rehearing, 22nd Judicial District Court, Parish of St. Tammany, No. 1444-F-2022.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**REQUEST FOR REHEARING DENIED.**

                    **MRT**
                    **AHP**
                    **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT